

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TEXAS DEPARTMENT OF TRANSPORTATION, | § | No. 08-17-00047-CV |
| | § | Appeal from the |
| Appellant, | § | 171st District Court |
| v. | § | of El Paso County, Texas |
| GENARO FLORES, | § | (TC# 2014-DCV1263) |
| State. | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **October 1, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susan Desmarais Bonnen, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 1, 2018.

IT IS SO ORDERED this 6th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.